THE JARDINES LAW FIRM, LLC.
E. ALEXANDER JARDINES, ESQ.
6809 Bergenline Avenue, Suite 2
Guttenberg, New Jersey 07093
(201) 868-1008 Fax(201) 868-2009
thejardineslawfirm@verizon.net
Attorney for Defendant JORGE ESCOBAR

| UNITED STATES OF AMERICA | : UNITED STATES DISTRICT OF NEW JERSEY |
|---|---|
| Plaintiff | : |
| vs. | : Criminal Number: 2:12-CR-00404-DMC |
|  | : Hon. Dennis M. Cavanaugh |
|  | : United States District Judge |
| JORGE ESCOBAR | : |
|  | : CONSENT ORDER |
| Defendant | : TO AMEND ORDER SETTING CONDITIONS OF RELEASE |

THIS MATTER having been brought before the Court on application of JORGE ESCOBAR (E. Alexander Jardines, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey, (Bohdan Vitvitsky representing the Government), and Angel L. Matos, United States Pretrial Services Officer, having consented to this request:

IT IS on this 23rd day of October, 2012,

ORDERED that the Order Setting Conditions of Release regarding, defendant, JORGE ESCOBAR, be amended as follows:

1. Jorge Escobar, as part of his employment with New York Life Corp., is granted the opportunity to travel to Vancouver Convention Center, Vancouver British Columbia, Canada.

2. Jorge Escobar is allowed to travel from Friday, October 26, returning no later than Friday November 2, 2012.

3. Jorge Escobar will forward to Pretrial Services copies of his travel itinerary.

4. Subsequent to the Court authorizing this application, Pretrial Services shall return the defendant's passport before his departure and the defendant shall return the passport to Pretrial Services within 72 hours of his return.

CONSENT ORDER
U.S. V Jorge Escobar
Page 2

5. Jorge Escobar will provide Pretrial Services with his cellular telephone number and the telephone number of the hotel in Vancouver, and be available at all times for telephonic communication with Pretrial Services.

10/23/12

Hon. Dennis M. Cavanaugh, USDJ

Form and entry Consented to:

Bohdan Vivitsky
Assistant United States Attorney

E. Alexander Jardines
Attorney for Jorge Escobar